STATE OF CONNECTICUT *v.* GERALD LEE KEMLER

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 359 (AC 27344), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Katherine C. Essington*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided April 21, 2008